IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VICKI PORTIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:12cv991-MHT |
| ) | (WO) |
| TOMMY BICE, in his ) | |
| individual and official ) | |
| capacities, et al., ) | |
| ) | |
|    Defendants. ) | |

OPINION

Plaintiff filed this lawsuit asserting that the defendants refused to renew of her teaching certification because of her race and gender and in retaliation, all in violation of various federal laws.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that three of the defendants' motion for summary judgment should be granted; that the fourth defendant should be dismissed; and that plaintiff's motion for default judgment should be denied.  Also before the court are plaintiff's objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of August, 2013.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE