IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICKI PORTIS,                      )
                                   )
    Plaintiff,                     )
                                   )    CIVIL ACTION NO.
    v.                             )      2:12cv991-MHT
                                   )          (WO)
TOMMY BICE, in his                 )
individual and official            )
capacities, et al.,                )
                                   )
    Defendants.                    )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Vicki Portis's objections (Doc. No. 21) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 20) is adopted.

(3) Defendants Tommy Bice, Larry Craven, and Alabama Department of Education's motion for summary judgment (Doc. No. 12) is granted.

(4) Judgment is entered in favor of defendants Bice, Craven, and Alabama Department of Education and against plaintiff Portis, with plaintiff Portis taking nothing by her complaint as to these defendants.

It is further ORDERED that defendant Jimmy Barker is dismissed.

It is further ORDERED that plaintiff Portis's motion for default judgment (doc. no. 17) is denied.

It is further ORDERED that costs are taxed against plaintiff Portis, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of August, 2013.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE