IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


VICKI PORTIS,                    )
                                 )
     Plaintiff,                  )
                                 )          CIVIL ACTION NO.
     v.                          )          2:12cv991-MHT
                                 )               (WO)
TOMMY BICE, in his               )
individual and official          )
capacities, et al.,              )
                                 )
     Defendants.                 )

ORDER

It is ORDERED that the motion for reconsideration and

motion for rehearing (doc. no. 24) are denied.

DONE, this the 19th day of August, 2013.


              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE